AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenberg, William S. | U.S. Court of Appeals for Veterans Claims | 5/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

625 Indiana Avenue, NW
Suite 900
Washington, DC 20004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman, Board of Trustees | Mary Sachs Charitable Trust (private foundation) |
| 2. | Adjunct Professor | Georgetown University Law Center |
| 3. | Guest Lecturer | The Pennsylvania State University Dickinson Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Public Employee Retirement System Pension Fund, State of New Jersey, pension upon retirement age 60, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | New Jersey Division of Pensions and Benefits, pension | $5,945.16 |
| 2. 2017 | Charles Schwab & Co. Inc., retirement plan distribution | $87,375.86 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed pharmaceutical consultant |
| 2. 2017 | Charles Schwab & Co., Inc., retirement plan distribution |
| 3. 2017 | Northwestern Mutual Life Insurance Co., insurance contract distribution |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking | A | Interest | M | T | | | | | |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. -Schwab Government Money Fund | A | Interest | K | T | | | | | |
| 4. -MN State HFA Fin. Rev. Muni. Bond | B | Interest | K | T | Sold (part) | 01/01/17 | J | | |
| 5. -SPDR S & P Mid-Cap 400 ETF Trust | B | Int./Div. | M | T | Sold (part) | 09/13/17 | J | D | |
| 6. -Gateway Fund Y Shares | A | Int./Div. | | | Sold (part) | 05/01/17 | J | B | |
| 7. | | | | | Sold | 05/25/17 | K | C | |
| 8. -Merger Fund | | None | | | Sold (part) | 05/01/17 | J | A | |
| 9. | | | | | Sold | 05/25/17 | K | A | |
| 10. -NV St GO Muni. Bond | D | Interest | | | Sold | 12/01/17 | M | | |
| 11. -NY NYC GO Muni. Bond | C | Interest | L | T | | | | | |
| 12. -FL St Brd Ed Lottery Muni. Bond | B | Interest | | | Sold | 04/12/17 | L | | |
| 13. -MI St Fin Auth Rev Muni. Bond | C | Interest | M | T | | | | | |
| 14. -TX St Transn Commn Hwy Fund Muni. Bond | B | Interest | K | T | | | | | |
| 15. -WI St Gen Fd Annual Approp Rev Muni. Bond | B | Interest | K | T | | | | | |
| 16. -WA St GO Muni. Bond | C | Interest | L | T | | | | | |
| 17. -TX Fort Bend ISD GO Muni. Bond | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NY NYC Trans Fin Auth Future Tax Rev Muni. Bond | C | Interest | L | T | | | | | |
| 19. -CA St GO Muni. Bond | C | Interest | L | T | | | | | |
| 20. -Vanguard Short-Term Tax-Exempt Fund-Admrl | A | Int./Div. | | | Sold | 04/12/17 | L | | |
| 21. -PIMCO Commodity RR Strat-Ins Fund (Y) | | | | | | | | | |
| 22. -OH St Cap Facs Lease Approp Rev Muni. Bond | C | Interest | | | Sold | 06/19/17 | L | | |
| 23. -UT St GO Muni. Bond | C | Interest | M | T | | | | | |
| 24. -IL DuPage & Will Cntys Muni. Bond | C | Interest | M | T | | | | | |
| 25. -MN St COPs NC Muni. Bond | C | Interest | M | T | | | | | |
| 26. -TX St GO Muni. Bond | C | Interest | M | T | | | | | |
| 27. -Vanguard FTSE Developed Markets ETF | B | Int./Div. | K | T | | | | | |
| 28. -Brown Advisory - Somerset Emerging Markets | A | Int./Div. | J | T | | | | | |
| 29. -Seafarer Overseas Growth & Income Fund | A | Int./Div. | J | T | | | | | |
| 30. -Touchstone Sands Capital Emerging Growth-Y | | None | J | T | | | | | |
| 31. -MD St GO Muni. Bond | C | Interest | M | T | | | | | |
| 32. -MI St GO NC Muni. Bond | C | Interest | L | T | | | | | |
| 33. -NY Port Auth NY & NJ Rev Muni. Bond | D | Interest | M | T | | | | | |
| 34. -CT St GO Muni. Bond | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #2 (H) | | | | | | | | | |
| 36. -Schwab U.S. Treasury Money Fund | A | Int./Div. | J | T | | | | | |
| 37. Brokerage Account #3 (H) | | | | | | | | | |
| 38. Brokerage Account #4 (H) | | | | | | | | | |
| 39. -Schwab Advisor Cash Reserves - Premier | A | Interest | K | T | | | | | |
| 40. -ASML Holding NV-NY Reg Shares | A | Dividend | K | T | | | | | |
| 41. -Adobe Systems Inc. Stock | | None | L | T | Sold (part) | 04/19/17 | K | D | |
| 42. | | | | | Sold (part) | 09/14/17 | J | D | |
| 43. -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 44. -Automatic Data Processing Inc. Stock | B | Dividend | L | T | Sold (part) | 09/14/17 | J | C | |
| 45. -Celgene Corp. Stock | | None | K | T | | | | | |
| 46. -Cognizant Tech Solutions Corp. Stock | A | Dividend | L | T | Buy (add'l) | 04/19/17 | J | | |
| 47. -General Electric Stock | B | Dividend | K | T | | | | | |
| 48. -Alphabet Inc. Stock (Class A) | | None | K | T | | | | | |
| 49. -Medtronic Stock | A | Dividend | K | T | | | | | |
| 50. -Monsanto Co. Stock | A | Dividend | | | Sold | 07/12/17 | K | E | |
| 51. -Marsh & McLennan Companies Inc. Stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Microsoft Corp. Stock | B | Dividend | L | T | | | | | |
| 53. -Johnson & Johnson Company Stock | B | Dividend | L | T | | | | | |
| 54. -Cisco Systems Inc. Stock | B | Dividend | L | T | | | | | |
| 55. -Varian Medical Systems Inc. Stock | | None | L | T | | | | | |
| 56. -Edwards Lifesciences Corp. Stock | | None | K | T | | | | | |
| 57. -Quest Diagnostics Inc. Stock | A | Dividend | K | T | | | | | |
| 58. -Stanley Black & Decker Inc. Stock | A | Dividend | L | T | | | | | |
| 59. -Cerner Corp. Stock | | None | K | T | | | | | |
| 60. -F5 Networks Inc. Stock | | None | | | Sold | 10/12/17 | K | D | |
| 61. -Flir Systems Inc. Stock | A | Dividend | L | T | Sold (part) | 09/14/17 | J | A | |
| 62. -Liberty Property Trust | B | Int./Div. | K | T | | | | | |
| 63. -Schlumberger Ltd. Stock | B | Dividend | K | T | | | | | |
| 64. -EOG Resources Stock | A | Dividend | K | T | | | | | |
| 65. -Diageo PLC - Spons ADR Stock | B | Dividend | L | T | | | | | |
| 66. -Qiagen N. V. Stock | B | Dividend | K | T | Sold (part) | 01/26/17 | J | A | |
| 67. -Enterprise Products Partners L.P. interest | C | Int./Div. | K | T | | | | | |
| 68. -Energy Transfer Partners L.P. interest | B | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Dick's Sporting Goods Inc. Stock | A | Dividend | | | Sold | 09/21/17 | J | | |
| 70. -MasterCard Inc. Stock | A | Dividend | L | T | | | | | |
| 71. -FMC Corp. Stock | A | Dividend | K | T | | | | | |
| 72. -Nielsen Holdings PLC Stock | A | Dividend | | | Sold | 11/30/17 | K | | |
| 73. -Albemarle Corp. Stock | A | Dividend | L | T | | | | | |
| 74. -NXP Semiconductors NV Stock | | None | | | Sold | 09/14/17 | K | D | |
| 75. -IQVIA Holdings Inc. Stock | | None | K | T | Buy | 05/01/17 | J | | |
| 76. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 77. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 78. -Nevro Corp. Stock | | None | J | T | Buy | 01/18/17 | J | | |
| 79. -Broadcom Ltd. Stock | A | Dividend | K | T | Buy | 10/11/17 | K | | |
| 80. -HDFC Bank Ltd. Stock | | None | K | T | Buy | 12/01/17 | K | | |
| 81. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 82. -Varex Imaging Corp. Stock (X) | | None | | | Spinoff (from line 55) | 01/28/17 | J | | |
| 83. | | | | | Sold | 07/28/17 | J | C | |
| 84. IRA #1 (H) | | | | | | | | | |
| 85. -Schwab Government Money Fund | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -U.S. Treasury Inflation Indexed Bonds | C | Interest | M | T | Sold (part) | 01/17/17 | L | | |
| 87. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 88. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 89. | | | | | Buy (add'l) | 09/30/17 | J | | |
| 90. | | | | | Buy (add'l) | 12/31/17 | J | | |
| 91.  -IN State Bd Bk Muni. Bond | A | Interest | | | Sold | 02/23/17 | K | A | |
| 92.  -IL Peoria Cnty Cmnty Unit SD Muni. Bond | B | Interest | K | T | | | | | |
| 93.  -MI Jackson Pub Schs GO NC Muni. Bond | A | Interest | K | T | | | | | |
| 94.  -CO Colorado Springs Util Rev Muni. Bond | B | Interest | L | T | | | | | |
| 95.  -OH Hamilton Cnty Sewer Sys Muni. Bond | C | Interest | L | T | | | | | |
| 96.  -PA Commonwealth Fing Auth Muni. Bond | B | Interest | K | T | | | | | |
| 97.  -KY Asset/Liability Commn Muni. Bond | B | Interest | L | T | | | | | |
| 98.  -PA Montgomery Cnty Muni. Bond | B | Interest | K | T | | | | | |
| 99.  -CA Univ of Cal Rev Muni. Bond | B | Interest | K | T | | | | | |
| 100.  -WA State Muni. Bond | B | Interest | L | T | | | | | |
| 101.  -UPS Corporate Bond | C | Interest | L | T | | | | | |
| 102.  -IBM Corporate Bond | B | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Walt Disney Co. Corporate Bond | B | Interest | | | Sold | 07/17/17 | K | | |
| 104. -Wells Fargo & Co. Corporate Bond | A | Interest | K | T | | | | | |
| 105. -Target Corporate Bond | A | Interest | K | T | | | | | |
| 106. -General Electric Capital Corporate Bond | B | Interest | L | T | | | | | |
| 107. -Berkshire Hathaway Corporate Bond | B | Interest | L | T | | | | | |
| 108. -FFCB (Monthly Libor÷2) NC | B | Interest | M | T | | | | | |
| 109. -US Treasury Note Government Bond NC | D | Interest | O | T | Buy (add'l) | 05/09/17 | K | | |
| 110. -FHLB US Government Agency Bond | D | Interest | M | T | Buy (add'l) | 05/08/17 | K | | |
| 111. -Colgate-Palmolive Co. Corporate Bond | C | Interest | M | T | | | | | |
| 112. -Exxon Mobil Corp. Corporate Bond | B | Interest | L | T | | | | | |
| 113. IRA #2 (H) | | | | | | | | | |
| 114. -Schwab Government Money Fund | A | Int./Div. | J | T | | | | | |
| 115. -Vanguard Bond Index - Short Term | A | Int./Div. | K | T | Sold (part) | 02/01/17 | J | | |
| 116. -Vanguard S-T Investment Grade Fund | A | Int./Div. | K | T | | | | | |
| 117. 401(k) #1 (H) | | | | | | | | | |
| 118. Trust #1 (H) | | | | | | | | | |
| 119. -CRA 12 Deposit Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Irving Tex Indpt Sch Dist Zero Coupon Muni. Bond | | None | | | Matured | 02/15/17 | K | C | |
| 121. -Mt. San Antonio CA Cmnty Zero Coupon Muni. Bond | A | Interest | | | Matured | 08/01/17 | K | D | |
| 122. -Hopewell PA Area Sch Dist Zero Coupon Muni. Bond | | None | | | Matured | 09/01/17 | K | D | |
| 123. -Chicago IL Brd Ed Zero Coupon Muni. Bond | | None | | | Matured | 12/01/17 | K | D | |
| 124. -Ector Cnty TX Indpt Sch Dist Zero Coupon Muni. Bond | A | Interest | K | T | | | | | |
| 125. -S&P 500 Depository Receipts | D | Int./Div. | N | T | | | | | |
| 126. -SPDR S&P Mid-Cap 400 ETF Trust | C | Int./Div. | M | T | | | | | |
| 127. -Dreyfus Small Cap Stock Index Fund | D | Int./Div. | M | T | | | | | |
| 128. -Harbor FD Intl Fund | D | Int./Div. | M | T | Buy (add'l) | 07/06/17 | L | | |
| 129. -Harris Assoc Invt TR Oakmark Intl Fund | C | Int./Div. | L | T | | | | | |
| 130. -BNY Mellon Emerging Markets Fund - MPAM Shares | A | Int./Div. | M | T | | | | | |
| 131. -PIMCO Commodity RR Strat-D Fund | A | Int./Div. | | | Sold | 05/22/17 | L | D | |
| 132. -DC Income Tax Rev Muni. Bond | B | Interest | L | T | | | | | |
| 133. -DC GO NC Muni. Bond | C | Interest | L | T | | | | | |
| 134. -Seafarer Overseas Growth & Income Fund | A | Int./Div. | K | T | Buy (add'l) | 07/06/17 | K | | |
| 135. -Vanguard Energy Vipers Fund | B | Int./Div. | K | T | Sold (part) | 07/06/17 | K | D | |
| 136. -Dreyfus Intl Stock Fund | B | Int./Div. | M | T | | | | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Vanguard S-T Investment Grade Fund - Adm | A | Int./Div. | M | T | Buy | 09/14/17 | M | | |
| 138.  -Alerian MLP ETF Fund | B | Int./Div. | K | T | Buy | 05/22/17 | L | | |
| 139. | | | | | Sold (part) | 07/06/17 | K | | |
| 140.  Trust #2 (H) | | | | | | | | | |
| 141.  -Schwab Government Money Fund | A | Interest | J | T | | | | | |
| 142.  -Vanguard Intermediate Term Tax-Exempt Bond Fund | B | Int./Div. | L | T | | | | | |
| 143.  -S&P 500 Depository Receipts | B | Int./Div. | L | T | | | | | |
| 144.  -SPDR S&P Mid-Cap 400 ETF Trust | A | Int./Div. | K | T | | | | | |
| 145.  -Longleaf Partners Small Cap | A | Int./Div. | J | T | | | | | |
| 146.  -Baron Small Cap Fund-I | B | Int./Div. | J | T | | | | | |
| 147.  -Gateway Fund Y Shares | A | Int./Div. | J | T | | | | | |
| 148.  -AMEX Energy Select Sector SPDR | A | Int./Div. | J | T | | | | | |
| 149.  -PIMCO Commodity RR Strat-Ins | A | Int./Div. | J | T | | | | | |
| 150.  -Dreyfus Intl Stock Fund CLI | A | Int./Div. | K | T | | | | | |
| 151.  -Oakmark Intl Fund - I | A | Int./Div. | K | T | | | | | |
| 152.  -Harbor International Fund - Inst | B | Int./Div. | K | T | | | | | |
| 153.  -Alerian MLP ETF Fund | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)            U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. The Vittoria Fund, LP - passive LP interest | E | Int./Div. | O | U | | | | | |
| 155. JBG Investment Fund VIII - passive LP interest | | None | M | U | | | | | |
| 156. Veritable LPC Partners LP - passive LP interest | F | Int./Div. | N | U | | | | | |
| 157. BKWG, Inc. | D | Distribution | L | U | | | | | |
| 158. Northwestern Mutual Whole Life Insurance Policies | E | Dividend | O | T | | | | | |
| 159. MassMutual Whole Life Insurance Policies | B | Dividend | K | T | | | | | |
| 160. New York Life Whole Life Insurance Policy | | None | J | T | | | | | |
| 161. AAFMAA Whole Life Insurance Policy | | None | J | T | | | | | |
| 162. Wells Fargo Checking | | None | J | T | | | | | |
| 163. SunTrust Bank Checking | | None | J | T | | | | | |
| 164. Wolfpac Holdings, Inc. | E | Distribution | L | U | | | | | |
| 165. Brokerage Account #5 (H) | | | | | | | | | |
| 166. -Altria Group Inc. Stock | A | Dividend | K | T | | | | | |
| 167. -Walt Disney Co. Stock | A | Dividend | K | T | | | | | |
| 168. -General Electric Stock | A | Dividend | J | T | | | | | |
| 169. -JP Morgan Chase Stock | B | Dividend | L | T | | | | | |
| 170. -Mondelez International Inc. Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Monsanto Co. Stock | A | Dividend | | | Donated | | | | |
| 172. -Pfizer Inc. Stock | B | Dividend | K | T | | | | | |
| 173. -Philip Morris International Inc. Stock | B | Dividend | K | T | | | | | |
| 174. -Henry Schein Inc. Stock | | None | K | T | | | | | |
| 175. -Exxon Mobil Corp. Stock | B | Dividend | L | T | | | | | |
| 176. -Schlumberger Ltd. Stock | A | Dividend | K | T | | | | | |
| 177. -PNC Government Money Market Fund #405 | A | Interest | J | T | | | | | |
| 178. Archean Capital Partners I, L.P. - Advanced Cl A - passive LP interest | | None | J | U | Buy | 11/09/17 | J | | |
| 179. Archean Capital Partners I, L.P. - passive LP interest | B | Int./Div. | K | U | Buy | 02/08/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenberg, William S. | 5/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

-Item 21 (Heading: Brokerage Account #1) was fully sold on 10/17/16 but was reported as partially sold on the 2016 AO-10. The description of this asset has been included for continuity purposes only with respect to 2016 AO-10.

-Item 37 (Heading: Brokerage Account #3) contains no reportable assets. Heading title is included for continuity purposes only.

-Items 75-77 (Heading: Brokerage Account #4) were purchased as "Quintiles Transnational Holdings, Inc." In November 2017, Quintiles Transnational Holdings, Inc. adopted the new name of "IQVIA Holdings, Inc."

-Item 117 (Heading: 401(k) #1) contains no reportable assets. Heading title is included for continuity purposes only.

-Item 119 (Heading: Trust #1) is a cash equivalent security funded with cash that is alternatively referred to as "CRA 12 Deposit Account" and "BNY Mellon Money Market Fund" by the reporting financial institution. No sale or purchase information is available to indicate that these are treated as separate assets by the reporting financial institution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William S. Greenberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544